IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3097 |
| | ) | |
| v. | ) | |
| | ) | |
| RENEE MENDOZA-LOPEZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the defendant's Motion for Further Detention Hearing (Filing 14),

IT IS ORDERED:

1. The defendant's Detention Hearing is scheduled for 10:00 a.m. on Friday, August 16, 2013, in Courtroom No. 2 on the 5th floor of the Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

2. Immediately after filing, the Clerk of Court shall deliver a copy of this order to the United States Marshal.

DATED this 15th day of August, 2013.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge